# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
No. 17-615V
Filed: March 8, 2018
Not to be published

**************************************

ALETHEA AGEE,            *

                   *

       Petitioner,     *

                   *

v.                   *      Influenza vaccine; complex regional

                   *      pain syndrome ("CRPS"); respondent

SECRETARY OF HEALTH     *      agrees compensatiom is appropriate

AND HUMAN SERVICES,     *

                   *

       Respondent.    *

                   *

**************************************

Anne C. Toale, Sarasota, FL, for petitioner.
Claudia B. Gangi, Washington, DC, for respondent.

**MILLMAN, Special Master**

## RULING ON ENTITLEMENT[1]

On May 8, 2017, petitioner filed a petition under the National Childhood Vaccine Injury Act, 42 U.S.C. § 300aa-10-34 (2012), alleging that influenza ("flu") vaccine administered October 7, 2014 caused her complex regional pain syndrome ("CRPS") in her left upper extremity. Pet. at ¶¶ 8, 14.

On March 7, 2018, respondent filed a Rule 4(c) Report stating "respondent agrees with petitioner's claim that her CRPS was caused-in-fact by the flu vaccination she received on

---

[1] Because this unpublished ruling on entitlement contains a reasoned explanation for the special master's action in this case, the special master intends to post this unpublished ruling on entitlement on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). Vaccine Rule 18(b) states that all decisions of the special masters will be made available to the public unless they contain trade secrets or commercial or financial information that is privileged and confidential, or medical or similar information whose disclosure would constitute a clearly unwarranted invasion of privacy. When such a ruling on entitlement is filed, petitioner has 14 days to identify and move to redact such information prior to the document's disclosure. If the special master, upon review, agrees that the identified material fits within the banned categories listed above, the special master shall redact such material from public access.

October 7, 2014." Resp't's Rep. at 1, 5. Respondent states "compensation is appropriate in this case." Id. at 5. Respondent recommends further proceedings to determine damages. Id. at 6.

This case is now in damages.

**IT IS SO ORDERED.**

Dated: March 8, 2018                                    /s/ Laura D. Millman
                                                             Laura D. Millman
                                                             Special Master